[Crim. No. 1728. In Bank.—February 14, 1912.]

Ex Parte S. R. TIMOTHY, on Habeas Corpus.

CRIMINAL LAW — HABEAS CORPUS — MURDER — COMMITMENT WITHOUT REASONABLE CAUSE.—Where a prisoner charged with murder seeks to be discharged on *habeas corpus* on the ground that he had been committed without reasonable or probable cause, and an examination of the evidence shows the contrary, the writ will be denied without a discussion of the evidence by the court.

APPLICATION for a Writ of Habeas Corpus directed to the Sheriff of San Mateo County.

The facts are stated in the opinion of the court.

Albert Mansfield, for Petitioner.

Franklin Swart, District Attorney, for Respondent.

THE COURT.—Petitioner applies for a writ of *habeas corpus* and seeks his discharge thereunder upon the ground that he has been committed on a criminal charge without reasonable or probable cause. (Pen. Code, sec. 1487, subd. 7.) The crime charged is murder and the evidence discloses that petitioner fired the shot that killed one J. J. Moore. If our examination of the evidence convinced us that the petitioner had been held to answer without reasonable or probable cause, a full discussion of that evidence would become pertinent and proper, but where, as here, the result of that examination has been to convince us that the respondent is not held without reasonable cause, such a discussion can serve no useful purpose, and might work injury.

The application for the writ is denied.